UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OSCAR TRINIDAD and SUSAN TRINIDAD,<br><br>                    Plaintiffs,<br><br>     v.<br><br>METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                    Defendant. | CASE NO. C13-5191 BHS<br><br>ORDER GRANTING DEFENDANT'S MOTION TO COMPEL |

This matter comes before the Court on Defendant Metropolitan Property and Casualty Insurance Company's ("Metlife") motion to compel (Dkt. 29).

On January 13, 2014, Metlife filed the instant motion requesting that the Court order Plaintiffs Oscar and Susan Trinidad ("Trinidads") to produce the complete records of their previous attorney Thomas McCurdy. Dkt. 29. The Trinidads failed to respond, which the Court may consider as an admission that Metlife's motion has merit. *See* Local Rule CR 7(b)(2).

1    Upon review of the motion, the Court finds that Metlife has met its burden. Mr.
2  McCurdy's file could lead to the discovery of admissible evidence. Therefore, the Court
3  **GRANTS** Metlife's motion as to all non-privileged documents contained in the files of
4  Thomas McCurdy that pertain to his representation of the Trinidads in their claim against
5  Metlife.

6    **IT IS SO ORDERED.**

7    Dated this 4th day of March, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge